UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | | |
|---|---|---|
| IN RE | ) | Case No. 09-10512-8-SWH |
| | ) | |
| Kimberly Robinson | ) | Chapter  13 |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| | ) | |

## NOTICE OF TERMINATION OF AUTOMATIC STAY
## AND CO-DEBTOR STAY PURSUANT TO DEFAULT OF CONSENT ORDER

**NOTICE IS HEREBY GIVEN,** that pursuant to the Consent Order filed in the Debtor bankruptcy petition on July 19, 2010, the Debtor failed to comply with the terms of said Consent Order. The Debtor has been given thirty (30) days from the due date to pay the regular monthly mortgage payment.

THEREFORE, the automatic stay and co-debtor stay provision of 11 USC § 362 and § 1301 be and the same are herewith modified or terminated so that U.S. Bank, National Association and any Trustee or Substitute Trustee may foreclose on the real property known as 1405 Jenny Ridge Lane, Willow Spring, NC 27592 and otherwise enforce its rights in the real property as permitted by North Carolina law and the Deed of Trust.

Dated:  September 8, 2010

Rogers Townsend & Thomas, PC
Attorneys for U.S. Bank, National Association

By:/s/ Matthew T. McKee
Matthew T. McKee
NC Bar No.: 28675
2550 W. Tyvola Road, Ste. 520
Charlotte, N.C. 28217
Telephone: (704) 442-9500

310

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

| | |
|---|---|
| IN RE | ) Case No. 09-10512-8-SWH |
| | ) |
| Kimberly Robinson | ) Chapter 13 |
| | ) |
| DEBTOR. | ) |
| | ) |
| | ) |

---

## CERTIFICATE OF SERVICE

I, as attorney of record for U.S. Bank, National Association, hereby certify that on the 8th day of September, 2010, I served a copy of the Notice of Termination by either electronic notice in accordance with the local rules or by depositing the same, enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service, said envelope being addressed as follows:

Kimberly Robinson                                    Debtor
2549 Gainey Road
Fayetteville, NC 28306

Benner Jones, III, Esq.                              Attorney for the Debtor
P.O. Box 749
Fayetteville, NC 28302

Trawick Stubbs, Jr, Esq.                             Trustee
P.O. Box 1618
New Bern, NC 28563


Rogers Townsend & Thomas, PC
Attorneys for U.S. Bank, National Association


By:/s/ Matthew T. McKee
Matthew T. McKee
NC Bar No.: 28675
2550 W. Tyvola Road, Ste. 520
Charlotte, N.C. 28217
Telephone: (704) 442-9500